AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Elwyn D. Good ) | Case No: 5:02CR50066-001 |
| ) | USM No: 06542-010 or 25318-112 |
| Date of Previous Judgment: 09/16/2003 ) | James B. Pierce |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [✓] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __151 months__ months **is reduced to** __130 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __33__          Amended Offense Level: __31__
Criminal History Category: __V__          Criminal History Category: __V__
Previous Guideline Range: __210__ to __262__ months   Amended Guideline Range: __168__ to __210__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.
[✓] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS
At the initial sentencing, the court granted a 3-level departure for substantial assistance resulting in a total offense level of 30 and a guideline range of 151 to 188 months. After the reduction, a 3-level departure results in a total offense level of 28 and a guideline range of 130 to 162 months.

Except as provided above, all provisions of the judgment dated __09/16/2003__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: *April 25, 2008*

Judge's signature

Effective Date: _____          Jimm Larry Hendren, Chief U.S. District Judge
(if different from order date)                              Printed name and title

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 2 5 2008

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK